IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

VAN POUNDS.,

    Plaintiff,

v.

CAMERON SMITH, individually and
in his official capacity; BRIAN LIGHT,
individually and in his official capacity;
and OREGON DEPARTMENT OF
CONSUMER AND BUSINESS SERVICES,

    Defendant.

Case No. 6:19-cv-00420-MK
**ORDER**

AIKEN, District Judge:

Magistrate Mustafa Kasubhai has filed his Findings and Recommendation ("F&R") (doc. 13) recommending that defendants' Motion to Dismiss (doc. 8) be granted. This case is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When either party objects to any portion of a magistrate judge's F&R, the district court must make a *de novo* determination of that portion of the magistrate

Page 1 – ORDER

judge's report. *See* 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert denied*, 455 U.S. 920 (1982). Plaintiff has filed timely objections (doc. 15) to the F&R and defendant's have filed a timely response to those objections. (doc. 16) Thus, this Court reviews the F&R *de novo*.

Having reviewed the objections as well as the entire file of this case, the Court finds no error in Magistrate Judge Kasubhai's F&R. Accordingly, the Court adopts the F&R (do. 13) in its entirety. Defendants' Motion to Dismiss is GRANTED, and this case is dismissed with prejudice. All other pending motions are DENIED as moot.

It is so ORDERED this 18th day of September, 2019.

Ann Aiken
United States District Judge