ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS  #890149
Assistant Attorney-in-Charge
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| VAN POUNDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAMERON SMITH, individually and in his official capacity, and BRIAN LIGHT, individually and in his official capacity,<br><br>　　　　Defendants. | Case No.  6:19-CV-00420-MK<br><br>**NOTICE OF ABSENCE FROM OFFICE** |

To:         The Clerk of the Court
And To:   Van Pounds, 710 Tillman Ave, SE, Salem, OR 97302

　　　　PLEASE TAKE NOTICE THAT Marc Abrams, attorney of record for Defendants, will be absent from his office from June 21, 2023, through July 16, 2023.  The undersigned therefore requests that no depositions, motions, court hearings, examinations or other matters that require his attention in person or by pleading be scheduled during this period.  The undersigned cannot supervise or introduce another attorney to the facts and proceedings involved in this case.

Page 1 -   **NOTICE OF ABSENCE FROM OFFICE**

The undersigned further requests that the Clerk of the Court transmit this information whenever any motion or other matter is set within the time period stated above, to the Court that will be hearing the matter.

DATED May 25, 2023.

> Respectfully submitted,
>
> ELLEN F. ROSENBLUM
> Attorney General
>
>
> *s/ Marc Abrams*
> MARC ABRAMS #890149
> Assistant Attorney-in-Charge
> Trial Attorney
> Tel (971) 673-1880
> Fax (971) 673-5000
> marc.abrams@doj.state.or.us
> Of Attorneys for Defendants

Page 2 -   **NOTICE OF ABSENCE FROM OFFICE**

**CERTIFICATE OF SERVICE**

I certify that on May 25, 2023, I served the foregoing NOTICE OF ABSENCE FROM OFFICE upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Van Pounds<br>710 Tillman Ave., SE<br>Salem, OR 97302<br>    *Plaintiff Pro Se* | \_\_\_ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>\_\_\_ OVERNIGHT MAIL<br>\_\_\_ TELECOPY (FAX)<br>\_\_\_ E-MAIL<br>\_\_\_ E-SERVE |

    *s/ Marc Abrams*
MARC ABRAMS #890149
Assistant Attorney-in-Charge
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
marc.abrams@doj.state.or.us
Of Attorneys for Defendants